# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2011

142542

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 142542
    COA: 281384
    Oakland CC: 2006-211290-FC

CLEINTE J. BUCKNER
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal to reconsider *People v Houston*, 473 Mich 399 (2005), for the reasons set forth in Justice CAVANAGH's dissenting opinion in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2011

_____
Clerk

y0614